# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Yashica L. Spellman | ) | |
| | ) | Case No. 20-15318 |
| Debtor(s). | ) | Hon. Judge Donald R. Cassling |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

NOW COMES Capital One Auto Finance, a division of Capital One, N.A., by and through its undersigned attorney, for its Withdrawal of Objection to Confirmation of Plan, as the creditor no longer wishes to pursue its objection to plan.

*/s/ Jennifer M. Rinn*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I personally served the above notice of withdrawal on the below parties by Electronic Court Notification or by depositing the same, postage prepaid, in the U.S. Mail chute on October 29, 2020.

To: Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 via electronic notification;

David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 via electronic notification;

Yashica L Spellman, 1218 S Sawyer, Chicago, IL 60623 via US Mail.

*/s/ Jennifer M. Rinn*

Rinn Richman Law LLC
PO Box 465
Chicago, IL 60690
Ph: 586-899-5086
jennifer@rinnrichmanlaw.com