**Amitkumar Sharma**
**AIS Portfolio Services, LP**
**4515 N. Santa Fe Ave.**
**Oklahoma City, OK 73118**

**BANKRUPTCY SERVICER FOR Capital One Auto Finance, a division of Capital One, N.A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| YASHICA L SPELLMAN | § § | CASE NO. 20-15318 |
| | § | |
| DEBTOR(S) | § § § | CHAPTER -13 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER  17-1**

COMES NOW, AIS Portfolio Services, LP, bankruptcy servicer for Capital One Auto Finance, a division of Capital One, N.A and files this its Notice of Withdrawal of Proof of Claim Number 17-1 filed by Ketan Sawarkar and requests that its Claim filed in the above-styled and numbered case on 09/08/2020 be withdrawn.

Respectfully submitted,

/s/ Amitkumar Sharma
Amitkumar Sharma
AIS PORTFOLIO SERVICES, LP
4515 N. SANTA FE AVE. OKLAHOMA
CITY, OK 73118

BANKRUPTCY SERVICER FOR
Capital One Auto Finance, a division
of Capital One, N.A

## CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 3rd day of November, 2020.

    /s/ Amitkumar Sharma
    Amitkumar Sharma

**DEBTOR ATTORNEY:**
DAVID H CUTLER
4131 MAIN ST
SKOKIE,IL 60076

**TRUSTEE:**
TOM VAUGHN
Trustee of the U.S. Bankruptcy Court
55 E MONROE STREET
SUITE,3850
CHICAGO,IL 60603