UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:   20-15318
Yashica L Spellman )
)   Chapter: 13
)
)   Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER SUSTAINING OBJECTION TO CLAIM #24

THIS MATTER coming to be heard on the Debtor's Objection to Proof of Claim 24-1 Filed by Jeffery Courtjay Jackson;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

The proof of claim #24-1 is disallowed.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 17, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600