# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Yashica L Spellman

Case No.: 20-15318

Chapter: 13

Debtor

Judge Donald R. Cassling

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY FILED ON 04/20/2021 (DOCKET ENTRY #55)

TO: M O Marshall, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Yashica L Spellman, Debtor, 1218 S Sawyer, Chicago, IL 60623
David H Cutler, Attorney for Debtor, 4131 Main St., Skokie, IL 60076 by electronic notice through ECF

Now comes the Movant, LAKEVIEW LOAN SERVICING LLC, by its attorneys, Codilis & Associates, P.C., and hereby withdraws its Motion for Relief from Stay filed on 04/20/2021 as Docket Entry #55.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on May 20, 2021 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 20, 2021.

/s/ Joel P. Fonferko
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**FILE #(14-20-01832)**
NOTE: This law firm is a debt collector.