# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois (Eastern Division)

| | |
|---|---|
| IN RE: | 20-15318 |
| Yashica L Spellman | Chapter 13 |
| Debtor | Judge Donald R. Cassling |

## NOTICE OF DEFAULT

The Creditor, Lakeview Loan Servicing LLC, by Counsel, states as follows:

1. On 5/31/2022, this Court entered an Order (the "Order") providing that Debtor was to cure the existing post-petition default. The Order also states that in the event Debtor should fail to make the payments in accordance with the terms of the Order, then the Creditor may file with this Court and mail to all interested parties a Notice describing the alleged default.

2. Debtor has defaulted on the Order by not making all required payments and is out of compliance with the Order. Specifically, as of 1/17/2023, the Debtor is past due for the 11/1/2022 through and including 1/1/2023 post-petition mortgage payments (3 @ $1,163.81 each) less suspense balance of $122.73; and the 11/30/2022 stipulated payment (1 @ $509.47 each) for a total post payment default of $3,978.17. This default includes $100.00 for attorney fees.

3. Pursuant to the terms of the Order, unless the Debtor brings the loan post-petition current by tendering $3,978.17 or $5,141.98 if received on or after the first of February within fourteen (14) calendar days from the date of this Notice or by 02/03/2023, then the stay will be automatically terminated upon the filing of a Notice of Modification of Stay.

4. The default amount must be received before expiration of this Notice of Default, as set forth above. Said funds should be made payable to: Lakeview Loan Servicing LLC and sent to Codilis and Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527.

Dated: January 20, 2023

/s/ Terri M. Long
Attorney for Creditor
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-20-01832

NOTE: This law firm is a debt collector.

## CERTFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 20, 2023 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 20, 2023.

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Yashica L Spellman, Debtor, 1218 S Sawyer, Chicago, IL 60623
David H Cutler, Attorney for Debtor, 4131 Main St., Skokie, IL 60076 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

                                                       /s/ Terri M. Long
                                                          Attorney for Creditor

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-20-01832

NOTE: This law firm is a debt collector.