B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re __Yashica L Spellman__,   Case No. __20-15318__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | Lakeview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Court Claim # (if known): 20
Amount of Claim: $145,016.55
Date Claim Filed: 9/10/2020

Phone: 800-654-4566
Last Four Digits of Acct #: 8656

Phone: _____
Last Four Digits of Acct. #: 0733

Name and Address where transferee payments should be sent (if different from above):
MidFirst Bank
Bankruptcy Payments
999 NW Grand Boulevard, #100
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 8656

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Jesse A. P. Baker__   Date: __5/30/2023__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.